

5303 Himalayan Pink Salt Refillable Grinder




5325 100% Natural Black Pepper



5327 Roasted Onion And Crushed Red Pepper



5328 Rainbow Pepper Corn & Salt Grinder



5329 Chipotle Pink Salt Grinder



5580 Whole Black Pepper Jar



ORG-GR-5101 Organic Black Pepper Glass Grinder



ORG-GR-5102 Rainbow Pepper Corn & Himalayan Pink Salt



ORG-GR-5103 Onion & Crushed Pepper



ORG-GR-5104 Garlic & Crushed Pepper With Salt



ORG-GR-5105 Chipotle With Himalayan Salt



ORG-GR-5106 Himalayan Salt And Lemon Peel



5303AX2 Pink Salt And Black Pepper Grinder Set



SR20 Pink Salt And Black Pepper Set With Holder



5358+ORG-GR-AX5 Spices Offer